UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE LEWIS,<br><br>    Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>    Defendant. | Case No. 24-cv-06551-JSW<br><br>**ORDER TO SHOW CAUSE AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 14 |

On January 3, 2025, Defendant filed a notice that this matter had settled. On January 6, 2025, the Court issued an Order requiring the parties to submit a stipulation to continue the case management conference scheduled for January 17, 2025 by January 10, 2025. (*See* Dkt. No. 14.) The parties did not comply with that Order.

Accordingly, they are ORDERED TO SHOW CAUSE why the Court should not impose monetary sanctions in the amount of $50.00 for their failure to comply with the Court's Order. The parties' responses to this Order shall be due by January 21, 2025. The Court CONTINUES the case management conference to February 14, 2025. If the parties have not dismissed the case, by February 7, 2025, they shall file an updated joint case management statement or a joint request to continue the matter.

**IT IS SO ORDERED**.

Dated: January 13, 2025

_____
JEFFREY S. WHITE
United States District Judge